RECEIVED

AUG 2 3 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

LOUISIANA CRAWFISH PRODUCERS      CIVIL ACTION NO. 6:10-cv-348
ASSOCIATION-WEST, ET AL

VERSUS                            JUDGE DOHERTY

AMERADA HESS CORP.                MAGISTRATE JUDGE HANNA

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the motions for summary judgment, Rec. Docs. 191, 193, 196, 200, 205, 212, 213, 216, 218, 223, 225, and 233 are DENIED, without prejudice to the rights of the defendants to re-urge.

Lafayette, Louisiana, this **23** day of _August_ , 2011.

Rebecca F. Doherty
United States District Judge